UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

   v.              CR 08-078 ML

JOSE ASTACIO


## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Appoint Counsel (Docket #112) to represent him on a petition for relief pursuant to 28 U.S.C. § 2255. The issues Defendant intends to raise in that petition are not so complicated that this Defendant would not be able to address them in his petition.

Accordingly, the Motion to Appoint counsel is DENIED.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 18, 2013